CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 3 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **DONELL J. BLOUNT, SR.,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:07cv00311 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **C.O. MILGRUM, et al.,** | ) | By: Hon. Glen E. Conrad |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to

exhaust administrative remedies, and plaintiff's request for injunctive relief is **DENIED**. All other

pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the

active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying

Memorandum Opinion to plaintiff.

ENTER: This ___3rd___ day of July, 2007.

_____
United States District Judge